## George E. Dierssen et al., Appellees, v. Albany Insurance Company, Appellant.

### Gen. No. 21,933. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed March 8, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by George E. Dierssen *et al.,* plaintiffs, against the Albany Insurance Company, defendant, to recover on an insurance policy for a loss thereunder. From a judgment for plaintiffs for $1,064.38, defendant appeals.

Judgment affirmed on stipulation of parties that the decision of the Appellate Court in an action by *Dierssen v. Williamsburg City Fire Insurance Co., ante,* p. 240, which was affirmed, should govern.

SCHUYLER & WEINFELD, for appellant.

BEACH & BEACH and LAURENCE JACOBS, for appellees.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court: